# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **BRIAN THOMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE. NO. 5:21-cv-162-TBR** |
| vs. ) | |
| ) | *[electronically filed]* |
| **CLEAN AIR TECHNOLOGY** ) | |
| **SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS

Defendant, Clean Air Technology Solutions, LLC ("CATS"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves the Court to dismiss *with prejudice* Plaintiff's claims under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, or in the alternative, enter judgment in favor of CATS pursuant to Fed. R. Civ. P. 56 on Plaintiff's ADEA claims, and dismiss the remainder of Plaintiff's pendent state law claims *without prejudice*. A supporting Memorandum is submitted concurrently with this Motion.

Respectfully submitted this 15th day of December, 2021.

/s/ William F. English
William F. English
Napier Gault Schupbach & Stevens, PLC
730 W. Main St., Suite 400
Louisville, KY 40202
(502) 855-3808 (Telephone)
(502) 855-3838 (Facsimile)
wenglish@napiergaultlaw.com
*Co-Counsel for Defendant, Clean Air Technology Solutions, LLC*

/s/ Daniel N. Thomas
Daniel N. Thomas
THOMAS, ARVIN & ADAMS, PLLC
1209 S. Virginia Street, P.O. Box 675
Hopkinsville, Kentucky 42241-0675
(270) 886-6363 (Telephone)
(270) 886-8544 (Facsimile)
dthomas@thomasandarvin.com
*Co-Counsel for Defendant, Clean Air Technology Solutions, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed through the ECF System this 15th day of December, 2021.

>Andrew Dutkanych III
>Mr. Devan A. Dannelly, Esq.
>Biesecker, Dutkanych & Macer, LLC
>101 North 7th Street, Ste. 603
>Louisville, KY  40202
>*Counsel for Plaintiff,*
>*Brian Thompson*

| | |
|---|---|
| /s/ William F. English | /s/ Daniel N. Thomas |
| William F. English | Daniel N. Thomas |
| NAPIER GAULT SCHUPBACH & STEVENS, PLC | THOMAS, ARVIN & ADAMS, PLLC |