UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| BRIAN THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 5:21-CV-162-TBR |
| | ) |
| CLEAN AIR TECHNOLOGY | ) |
| SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **AGREED ORDER**

Brian Thompson, Plaintiff, and Clean Air Technology Solutions, LLC, have conferred and jointly propose the following:

1. On February 23, 2022, the Court granted Plaintiff's Motion pursuant to Fed. R. Civ. Pr. 56(d) and provided the parties with 90 days to conduct discovery. The present limited discovery period concludes on May 25, 2022.

2. Plaintiff has initiated discovery; however, the parties have agreed to attempt mediation of both this matter and the related matters, *Clean Air Technologies Solutions, LLC v. Brian Thompson, No. 20-CI-809*, pending in Christian Circuit Court and *Clean Air Technology Solutions, LLC v. Kentucky Unemployment Insurance Commission and Brian Thompson*, *No. 22-CI-00266,* also pending in Christian Circuit Court. The parties have selected mediator Thomas N. Kerrick and mediation is scheduled for June 22, 2022.

3. The parties request that the discovery period be extended to forty-five days after the mediation is concluded. Plaintiff's response to Defendant's Motion for Summary

Judgment would then be due 21 days after the initial discovery period concludes and Defendant's deadline to file a reply shall be 21 days following the date Plaintiff files his response.

Having been duly advised of the foregoing:

IT IS HEREBY ORDERED that Parties shall have thirty (30) days from the completion of mediation to complete limited discovery regarding the number of employees at Defendant and ASIG as well as the nature and interrelation of operations, management, control of labor relations and personnel and ownership and financial control.

IT IS FURTHER ORDERED that Plaintiff shall have twenty-one (21) days from the close of the discovery period to file his response to Defendant's Motion for Summary Judgment and Defendant shall have twenty-one (21) days to file its reply from the date Plaintiff files his response.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

May 6, 2022

Tendered by:
Andrew Dutkanych
Biesecker Dutkanych & Macer, LLC
144 North Delaware Street
Indianapolis, IN 46204
Counsel for Plaintiff

**HAVE SEEN AND AGREED:**

/s/Andrew Dutkanych
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone: (812) 424-1000
Email: ad@bdlegal.com
*Counsel for Plaintiff, Brian Thompson*


/s/Daniel N. Thomas (*with permission*)
Daniel N. Thomas
Thomas, Arvin & Adams, PLLC
1209 South Virginia Street
Hopkinsville, KY 42241
Telephone: (270) 886-6363
Email: dthomas@thomasarvin.com
*Counsel for Defendant, Clean Air Technology Solutions, LLC*