# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:21-CV-162-TBR

BRIAN THOMPSON                                                                                    PLAINTIFF

V.

CLEAN AIR TECHNOLOGY SOLUTIONS, LLC                                       DEFENDANT

## *ORDER OF DISMISSAL*

    The Court has been informed that a settlement has been reached.

    **IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

    All deadlines and motions are vacated. This case is now closed.

cc: Counsel

                                                                **Thomas B. Russell, Senior Judge**
                                                                 **United States District Court**

September 15, 2022